No. 01–8475. CALDWELL v. CAHILL-MASCHING, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 01–8483. GALLAMORE v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–8485. PEOPLES v. DOOLAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–8486. BAGLEY v. VANCE ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–8487. MCFARLAND v. GARCIA, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–8489. HILL v. OKLAHOMA ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–8493. HADLEY v. TAYLOR ET AL. C. A. 7th Cir. Certiorari denied.

No. 01–8494. HILTON v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 01–8497. HIRSCH v. JONES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–8498. HOLCOMB v. KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 01–8499. GORDON v. CITY OF NEW ORLEANS ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–8500. HERNANDEZ v. CANDELARIA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–8501. GROSS v. KUPEC, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–8502. KHAALID, AKA JONES v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.